| | | | |
|---|---|---|---|
| State v. Jacobs<br><br>Case below:<br>174 N.C. App. 1 | No. 617A05 | 1. AG's Motion for Temporary Stay (COA04-541) | 1. Allowed Pending determination of the State's PDR **360 N.C. 178** |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Allowed 12/19/06 |
| | | 3. AG's NOA (Dissent) | 3. — |
| | | 4. AG's PDR Under N.C.G.S. § 7A-31 | 4. Allowed 12/19/06 |
| | | 5. Def's (Bruce L. McMillian) PDR Under N.C.G.S. § 7A-31 (COA04-541) | 5. Denied 12/19/06<br><br>**Timmons-Goodson, J., Recused** |
| State v. Jones<br><br>Case below:<br>174 N.C. App. 367 | No. 439P06 | Def's Motion for "Notice of Appeal Under G.S. 7A-30(1) and Petition for Discretionary Review Under G.S. 7A-31" (COA05-154) | Denied 12/14/06 |
| State v. Lawrence<br><br>Case below:<br>179 N.C. App. 654 | No. 293P05-2 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1038-2) | Denied 12/14/06 |
| State v. Long<br><br>Case below:<br>173 N.C. App. 758 | No. 610P05 | 1. AG's Motion for Temporary Stay (COA03-1712) | 1. Allowed **360 N.C. 73**<br><br>Stay dissolved 12/19/06 |
| | | 2. AG's Petition for Writ of Supersedeas | 2. Denied 12/19/06 |
| | | 3. AG's PDR Under N.C.G.S. § 7A-31 | 3. See Special Order Page 155<br><br>**Timmons-Goodson, J., Recused** |
| State v. Massey<br><br>Case below:<br>174 N.C. App. 216 | No. 637A05 | 1. AG's NOA (Dissent) (COA04-1443) | 1. — |
| | | 2. AG's Motion for Temporary Stay | 2. Allowed **360 N.C. 179** |
| | | 3. AG's Petition for Writ of Supersedeas | 3. Allowed 12/19/06 |
| | | 4. AG's PDR Under N.C.G.S. § 7A-31 | 4. Allowed 12/19/06 |